THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Phillip Anthony Baccous,       
Appellant.
 
 
 

Appeal From Marion County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion 2003-UP-712
Submitted September 17, 2003  Filed 
 December 9, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Phillip Anthony Baccous appeals 
 his guilty pleas to two counts of distribution of cocaine and one count of distribution 
 of marijuana.  Counsel for Baccous attached to the final brief a petition to 
 be relieved as counsel.  Baccous did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.